THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher Ronald Mower, Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2007-UP-239
Submitted May 1, 2007  Filed May 15, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.  
 
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent. 
 
 
 
 

PER CURIAM:  Christopher Ronald Mower appeals the revocation of his probation.  Counsel for Mower attached to the final brief a petition to be relieved as counsel.  Mower did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Mowers appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.  

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.